**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAVID B. CURTIS, ) | |
| ) | CAUSE NO: 1:06-CV-056-RLY-TAB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This cause is before the Court on the parties' Joint Motion to Reverse with Remand. The Court, being duly advised, now GRANTS the Joint Motion.

Accordingly, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and this matter remanded to the Commissioner for further administrative proceedings and a new decision.

December 6, 2006
Date

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Thomas E. Kieper
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048

Charles D. Hankey
Lockerbie Square
434 E. New York Street
Indianapolis, IN 46202